UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 25-cv-26100-BB

**HONGKONG YU'EN E-COMMERCE CO., LTD**.,

Plaintiff,
v.
**THE INDIVIDUALS, PARTNERSHIPS
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"**
Defendants.

_____/

## NOTICE OF APPEARANCE

Please take notice that Jianyin Liu, Esq., on behalf of Law Offices of James Liu, PLLC hereby enters his appearance as counsel for the defendant Amazon seller **Zhengqianqian** (Seller ID: A2H1DFXTXC1LRJ).

Jianyin Liu designates the following email addresses, for service of all documents required to be served in this proceeding:

Primary E-Mail Addresses: jamesliulaw@gmail.com;

Secondary E-Mail Address: jianyin.cdc@gmail.com.

Dated: Feb. 3, 2026

/s/ Jianyin Liu
Jianyin Liu, Esq.
FBN: 1007675
jamesliulaw@gmail.com
The Law Offices of James Liu PLLC
15750 SW 92nd Ave Unit 20C
Palmetto Bay, FL 33157
Ph: (305) 209 6188

## CERTIFICATE OF SERVICE

  I certify that this document has been served to all parties on record via CM/ECF on this Feb. 3, 2026.

                      /s/ Jianyin Liu