IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:25-cv-26100-BLOOM/Elfenbein

HONG KONG YU'EN E-COMMERCE CO. LIMITED,

       Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A" HERETO,

       Defendants.

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF CLERK'S DEFAULT AGAINST CERTAIN DEFENDANTS

Before the Court is Plaintiff Hong Kong Yu'En E-Commerce Co. Limited's motion for entry of clerk's default against certain defendants pursuant to Federal Rule of Civil Procedure 55(a) (the "Motion") against certain non-appearing, through the filing of an answer or otherwise responsive pleading, Schedule "A" Defendants (the "Defaulting Defendants"). A true and correct listing of the Defaulting Defendants is included in this Order.

Finding good cause, the Court hereby **GRANTS** Plaintiff's Motion and directs the Clerk to enter default against the Defaulting Defendants.

**IT IS SO ORDERED.**

DATED: _____

                                                      HONORABLE BETH BLOOM
                                                      UNITED STATES DISTRICT COURT JUDGE

## DEFAULTING DEFENDANTS

| Defendant No. | Seller's Name | SELLER EMAIL'S |
|---|---|---|
| 1 | CA-YI 7-14 Days Delivery | yizizi87@163.com |
| 2 | Mumingsm | caiyuangglai@126.com |
| 3 | haonuokang kl | haonuokangly@163.com |
| 4 | OSFVNOXV lightning deal | lisiljiaon@yeah.net |
| 6 | Forerruti (Deals of The Day Clearance) | huocuocuo2345@163.com |