**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 1:25-cv-26100-BLOOM/Elfenbein**

HONG KONG YU'EN E-COMMERCE CO.
LIMITED,

      Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED IN SCHEDULE
"A" HERETO,

      Defendants.

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL ONLY AS TO
DEFENDANT NUMBER 2 AND 3 WITH PREJUDICE**

TO THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff HONG KONG

YU'EN E-COMMERCE CO. LIMITED voluntarily dismisses ***only*** Defendant number 2,

Mumingsm Seller ID AJEK419OHSLEN and Defendant number 3, haonuokang kl Seller ID

A22V3NNW9V8KBH as listed on Schedule "A" to the Complaint with prejudice.

DATED: March 16, 2026

Respectfully submitted,

By: */s/ William R. Brees*
William R. Brees (FL Bar No. 98886)
**BAYRAMOGLU LAW OFFICES LLC**
1540 West Warm Springs Road, Suite 100
Henderson, NV 89014
Tel: (702) 462-5973 | Fax: (702) 553-3404
William@bayramoglu-legal.com
*Attorney for Plaintiff*

1

NOTICE OF VOLUNTARY DISMISSAL        Case No. 1:25-cv-26100-BB
ONLY AS TO DEFENDANT 2 AND 3

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on the 16th day of March 2026, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Southern District of Florida, using the electronic case filing system. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means. Notice of this filing is provided to unrepresented parties for whom contact information has been provided via email and distributed to ecommerce platform, Amazon.

Respectfully submitted,

By: */s/ William R. Brees*
William R. Brees (FL Bar No. 98886)
**BAYRAMOGLU LAW OFFICES LLC**
1540 West Warm Springs Road, Suite 100
Henderson, NV 89014
Tel: (702) 462-5973 Fax: (702) 553-3404
William@bayramoglu-legal.com
*Attorneys for Plaintiff*

NOTICE OF VOLUNTARY DISMISSAL                                    Case No. 1:25-cv-26100-BB
ONLY AS TO DEFENDANTS 2 AND 3