**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 1:25-cv-26100-BLOOM/Elfenbein**

HONG KONG YU'EN E-COMMERCE CO.
LIMITED,

      Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED IN
SCHEDULE "A" HERETO,

      Defendants.

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL ONLY AS TO DEFENDANTS NUMBER 1 AND 4 WITH PREJUDICE

TO THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff HONG KONG YU'EN E-COMMERCE CO. LIMITED voluntarily dismisses **only** Defendant number 1, CA-YI 7-14 Days Delivery Seller ID A96OHI6ZWH371and Defendant number 4, OSFVNOXV lightning deal Seller ID A1F34BBC9NUBDZ as listed on Schedule "A" to the Complaint with prejudice.

DATED: April 1, 2026           Respectfully submitted,

                         By: */s/ William R. Brees*
                         William R. Brees (FL Bar No. 98886)
                         **BAYRAMOGLU LAW OFFICES LLC**
                         1540 West Warm Springs Road, Suite 100
                         Henderson, NV 89014
                         Tel: (702) 462-5973 | Fax: (702) 553-3404
                         William@bayramoglu-legal.com
                         *Attorney for Plaintiff*

NOTICE OF VOLUNTARY DISMISSAL ONLY         Case No. 1:25-cv-26100-BB
AS TO DEFENDANTS NUMBER 1 AND 4

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of April 2026, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Southern District of Florida, using the electronic case filing system. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means. Notice of this filing is provided to unrepresented parties for whom contact information has been provided via email and distributed to ecommerce platform, Amazon.

Respectfully submitted,

By: */s/ William R. Brees*
William R. Brees (FL Bar No. 98886)
**BAYRAMOGLU LAW OFFICES LLC**
1540 West Warm Springs Road, Suite 100
Henderson, NV 89014
Tel: (702) 462-5973 Fax: (702) 553-3404
William@bayramoglu-legal.com
*Attorneys for Plaintiff*

NOTICE OF VOLUNTARY DISMISSAL ONLY                    Case No. 1:25-cv-26100-BB
AS TO DEFENDANTS NUMBER 1 AND 4