**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 1:25-cv-26100-BLOOM/Elfenbein**

HONG KONG YU'EN E-COMMERCE CO.
LIMITED,

      Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED IN
SCHEDULE "A" HERETO,

      Defendants.

**[PROPOSED] ORDER OF DISMISSAL AS TO CERTAIN DEFENDANTS**

    **THIS CAUSE** is before the Court of the Plaintiff's Notice of Voluntary Dismissal

Only as to Defendant number 1 CA-YI 7-14 Days Delivery Seller ID A96OHI6ZWH371

and Defendant number 4 OSFVNOXV lightning deal Seller ID A1F34BBC9NUBDZ [ECF

No. 35]. Accordingly, it is hereby **ORDERED AND ADJUDGED** that this action is

**DISMISSED WITH PREJUDICE**, but only as to Defendant number 1 CA-YI 7-14 Days

Delivery Seller ID A96OHI6ZWH371 and Defendant number 4 OSFVNOXV lightning

deal Seller ID A1F34BBC9NUBDZ. The Clerk is directed to **TERMINATE** Defendant

number 1 CA-YI 7-14 Days Delivery Seller ID A96OHI6ZWH371 and Defendant number

4 OSFVNOXV lightning deal Seller ID A1F34BBC9NUBDZ.

    **DONE AND ORDERED** in Miami, Florida this _____ day of April 2026.

                                    _____
                                    HONORABLE BETH BLOOM
                                    UNITED STATES DISTRICT JUDGE

1