**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 1:25-cv-26100-BLOOM/Elfenbein**

HONG KONG YU'EN E-COMMERCE CO.
LIMITED,

        Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED IN SCHEDULE
"A" HERETO,

        Defendants.

## STIPULATION OF DISMISSAL

Plaintiff Hong Kong Yu'En E-Commerce Co. Limited ("Plaintiff"), and Defendant number 5 Zhengqianqian ("Zhengqianqian"), hereby jointly stipulate to the dismissal of Zhengqianqian from this action, pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii).

WHEREFORE:

1.      Plaintiff filed its Complaint for Trademark Infringement on December 26, 2025 [Dkt. No. 1].

2.      On January 8, 2026, a Temporary Restraining Order was issued [Dkt. No. 12]. Plaintiff served Discovery and subpoenaed the third-party platform, Amazon, to obtain Defendants' contact information to effectuate service on the Defendants on January 12, 2026.

3.      On January 25, 2026, Plaintiff electronically served Defendants and submitted its Summons Returned Executed, providing Defendants until February 16, 2026, to answer or otherwise respond to Plaintiff's Complaint [Dkt. No. 17].

1

STIPULATION OF DISMISSAL                              Case No. 1:25-cv-26100-BB

4.      On February 3, 2026, Defendant number 5 Zhengqianqian appeared in the case represented by counsel, Jianyin Liu, Esq. [Dkt. No. 21].

5.      On February 5, 2026, Defendant filed their Motion to Dismiss the Complaint [Dkt. No. 23].

6.      On February 17, 2026, Plaintiff filed their Response in Opposition to Dismiss the Complaint. [Dkt. No. 26].

7.      On February 18, 2026, Defendant filed their Reply in Support of Motion to Dismiss [Dkt. No. 27].

8.      The parties have agreed to settle the dispute and have entered into a written Settlement Agreement settling all disputes between Plaintiff and Zhengqianqian with prejudice.

9.      Pursuant to the Settlement Agreement each party is responsible for its own fees and costs, including attorney fees.

10.     The parties request that the Motion to Dismiss the Complaint [Dkt. No. 23] be Denied as moot.

11.     All deadlines as to Zhengqianqian can be terminated.

THEREFORE, Plaintiff hereby request an order granting the dismissal of Defendant.

DATED: April 2, 2026                                  Respectfully submitted,

By: */s/ William R. Brees*                       By: */s/ Jianyin Liu*
William R. Brees (FL Bar No. 98886)       Jianyin Liu, Esq.
**BAYRAMOGLU LAW OFFICES LLC**       **The Law Offices of James Liu PLLC**
233 S. Wacker Drive, 44th Floor, #57       15750 SW 92nd Ave Unit 20C,
Chicago, IL 60606                                  Palmetto Bay, FL 33157
Tel: (702) 462-5973 Fax: (702) 553-3404    Ph: (305) 209 6188   Fax: (305) 402 5959
William@bayramoglu-legal.com               Email: jamesliulaw@gmail.com
*Attorney for Plaintiff*                          *Attorney for Defendant Zhengqianqian*

STIPULATION OF DISMISSAL                                  Case No. 1:25-cv-26100-BB